# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIVEVE, INC.<br><br>    Plaintiff;<br><br>vs.<br><br>THERMIGEN, LLC; THERMIAESTHETICS, LLC; AND RED ALINSOD, M.D.<br><br>    Defendants. | Civil Action No. 2:16-cv-1189-JRG |

## ORDER

Before the Court is the Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. No. 135.) In light of such Stipulation, it is hereby **ORDERED** that all claims, counterclaims and causes of action by Plaintiff Viveve, Inc. and Defendants ThermiGen, LLC, ThermiAesthetics, LLC, and Red Alinsod, M.D., which have been asserted in these actions, or could be asserted in these actions, are **DISMISSED WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All motions now pending in the above-captioned actions are hereby denied as moot. The parties shall bear their respective costs, expenses, and attorney's fees. The Clerk shall close this case.

**So ORDERED and SIGNED this 4th day of June, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE